# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131664-65(86)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE CONTEMPT OF MARK ALLEN
MURDOCK

_____/

AMERICAN AXLE & MANUFACTURING,
       Plaintiff-Appellee,

v

MARK ALLEN MURDOCK and JUANITA
DENISE MURDOCK,
       Defendants-Appellants.

_____/

SC: 131664, 131665
COA: 262786, 265111
Wayne CC: 03-320706-CZ

      On order of the Court, the motion for reconsideration of this Court's August 29, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
Clerk

d1023